#### IN THE UNITED STATES DISTRICT COURT
#### EASTERN DISTRICT OF ARKANSAS
#### LITTLE ROCK DIVISION

MICHAEL CARMIE ANTONELLI
REG. #04053-164                                                                                              PETITIONER

VS.                                                  4:05CV00736 SWW/JTR

UNITED STATES BUREAU OF PRISONS                                                RESPONDENT

### ORDER

Petitioner, who is currently incarcerated in the Federal Correctional Institute located in Forrest City, Arkansas, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, and has paid the $5.00 filing fee. (Docket entry #1.) Therefore, the Court will order service of the Petition.

The Court also notes that Petitioner has named the United States Bureau of Prisons as the respondent in this case. The proper respondent to a § 2241 habeas action is the Petitioner's current custodian. *See* 28 U.S.C. § 2242. Accordingly, Linda Sanders in the proper respondent in this case, and the Clerk will be further directed to docket this case in the Helena Division of the Eastern District of Arkansas.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court shall serve a copy of the habeas Petition (docket entry #1) and this Order on Respondent and the United States Attorney by mail.

2. Respondent shall file a responsive pleading **within twenty (20) days** of service.

3. The Clerk of the Court is directed to change the Respondent to Linda Sanders, Warden, FCI, Forrest City, Arkansas, and to docket this case in the Helena Division of the Eastern District of Arkansas.

Dated this __8th__ day of September, 2005.

                                                                                    _____
                                                                                    UNITED STATES MAGISTRATE JUDGE