## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

MICHAEL CARMIE ANTONELLI
REG. #04053-164                                                                                          PETITIONER

VS.                                   2:05CV00224 SWW/JTR

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                    RESPONDENT

### ORDER

Pending before the Court is a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (Docket entry #1.) Petitioner has recently filed a Motion for Stay of Transfer (docket entry #8), wherein he alleges that BOP is transferring him to a Texas facility: (1) in retaliation for grievances filed against BOP officials; and (2) in violation of BOP policy prohibiting the transfer of an inmate outside of a judicial district with a pending habeas case. Petitioner requests a stay of the transfer pending resolution of the habeas case. The Court will direct Respondent to a file a Response to Petitioner's Motion.

IT IS THEREFORE ORDERED THAT Respondent shall file a Response to Petitioner's Motion for Stay of Transfer (docket entry #8) on or before **December 21, 2005**.

Dated this 13th day of December, 2005.

_____
UNITED STATES MAGISTRATE JUDGE