## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

MICHAEL CARMIE ANTONELLI
REG. #04053-164                                                                                    PETITIONER

VS.                                      2:05CV00224 JTR

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                        RESPONDENT

## JUDGMENT

Pursuant to the Memorandum Order filed in this matter, IT IS CONSIDERED, ORDERED, AND ADJUDGED that this habeas action is DISMISSED, WITH PREJUDICE.

Dated this 30th day of December, 2005.

_____
UNITED STATES MAGISTRATE JUDGE